UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON P. CHITISON,
*individually and as Administrator of the*
*Estate of Aaron W. Chitison, deceased,*

          Plaintiff,                Civil Action 2:24-cv-3740
                                     Judge Algenon L. Marbley
     v.                          Magistrate Judge Chelsey M. Vascura

HYUNDAI MOTOR AMERICA,

          Defendant.

## ORDER

Upon consideration of the parties' Joint Proposed Case Schedule (ECF No. 32), the Court

**EXTENDS** the case schedule as follows:

- Defendant is **ORDERED** to refile its Motion to Dismiss, omitting the portions pertaining to lack of proximate cause, by **June 16, 2026**;

- Initial disclosures must be produced **within 30 days of the Court's ruling on Defendant's forthcoming renewed Motion to Dismiss**;

- Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **August 17, 2027**;

- Primary expert reports, if any, must be produced by Plaintiff by **October 13, 2027**, and by Defendant by **November 15, 2027**. Rebuttal expert reports, if any, must be produced by Plaintiff by **December 6, 2027**;

- Fact discovery shall be completed by **August 6, 2027**, and all discovery shall be completed by **December 15, 2027**;

- Case dispositive motions must be filed by **January 26, 2028**; and

- Plaintiff shall make a settlement demand by **January 3, 2028**. Defendant Hyundai Motor America shall respond by **January 17, 2028**. The case shall be referred for a settlement conference in **February 2028**.

To the extent not inconsistent with this Order, the provisions of the Preliminary Pretrial Order (ECF No. 13) remain in effect.

**IT IS SO ORDERED.**

_/s/ Chelsey M. Vascura_
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE